# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHARLES MCELVEEN

NO. 2021 KW 1287

**NOVEMBER 30, 2021**

---

In Re:    Charles McElveen, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-20-06041.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

> **VGW**
> **AHP**
> **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT